PROB 12\
(Rev. 10/93)

# United States District Court

for the

### Eastern District of Pennsylvania

October 2, 2024

U.S.A. vs. William David Rowland                                        Case No. 2:23CR00054-001

## SECOND AMENDED VIOLATION OF SUPERVISED RELEASE

      COMES NOW Christopher L. Boyer, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of William David Rowland, who was placed on supervised release by The Honorable Matthew J. Kacsmaryk, sitting in the Court at Amarillo, TX, on the 7th day of January 2020, who fixed the period of supervision at 3 years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

| | |
|---|---|
| ORIGINAL OFFENSE: | Convicted felon in possession of firearms (Count One). |
| ORIGINAL SENTENCE: | The defendant was sentenced to the custody of the U.S. Bureau of Prisons for a term of 37 months to be followed by a 3-year term of supervised release. A special assessment of $100.00 was imposed. |
| SPECIAL CONDITIONS: | 1) The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests, thereafter, as determined by the Court; 2) The defendant shall participate in a program (inpatient and/or outpatient) approved the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. The defendant shall abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $20 per month; and 3) The defendant shall participate in mental health treatment services, as directed by the probation officer, until successfully discharged. These services may include medications prescribed by a licensed physician. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $20 per month. |

RE: Rowland, William David
Case No.: 2:23CR00054-001

| | |
|---|---|
| TRANSFER OF JURISDICTION: | On February 13, 2023, jurisdiction of this case was transferred from the Northern District of Texas to the Eastern District of Pennsylvania and was reassigned to Your Honor. |
| MODIFICATION OF CONDITIONS: | On October 30, 2023, Your Honor signed a modification of conditions to include: The defendant be placed in a Residential Reentry Center (RRC) for a period of 30 days, as soon as practicable. While at the RRC, the defendant shall comply with all of the rules and regulations of the facility; and the defendant shall not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person). |
| DATE SUPERVISION COMMENCED: | May 11, 2022 |
| DATE SUPERVISION TERMINATES: | May 10, 2025 |

The above probation officer has reason to believe that the supervised releasee has violated the terms and conditions of their supervision under such circumstances as may warrant revocation. These conditions are:

I. <u>Mandatory Condition</u>: You must not commit another federal, state, or local crime.

On September 13, 2024, the Pennsylvania State Police filed charges in Magisterial District Court 21-3-03 (Orwigsburg, Pennsylvania) under docket number MJ-21303-TR-0003909-2024, for driving while operator's privilege is suspended or revoked (S).

According to the criminal citation, on September 12, 2024, Mr. Rowland was driving his vehicle with a suspended driver's license in North Manheim Township, Schuylkill County, Pennsylvania.

**GRADE OF VIOLATION** <u>**C**</u>

J. <u>Mandatory Condition</u>: You must not commit another federal, state, or local crime.

On September 15, 2024, the Pottsville Police Department filed charges in Magisterial District Court 21-3-07 (Pottsville, Pennsylvania) under docket number MJ-21307-TR-0001819-2024, for driving while operator's privilege is suspended or revoked (S).

RE: Rowland, William David
Case No.: 2:23CR00054-001

According to the criminal citation, on September 12, 2024, Mr. Rowland was driving his vehicle with a suspended driver's license in Pottsville, Schuylkill County, Pennsylvania.

### GRADE OF VIOLATION                                                                      <u>C</u>

K. <u>Mandatory Condition:</u> You must not commit another federal, state, or local crime.

On September 29, 2024, the St. Clair Borough Police Department filed charges in Magisterial District Court 21-3-01 (Port Carbon, Pennsylvania) under docket number MJ-21301-TR-0001550-2024, for driving while operator's privilege is suspended or revoked (S).

According to the criminal citation, on September 29, 2024, Mr. Rowland was driving his vehicle with a suspended driver's license in St. Clair Borough, Schuylkill County, Pennsylvania.

### GRADE OF VIOLATION                                                                      <u>C</u>

L. <u>Special Condition:</u> The defendant shall participate in a program (inpatient or outpatient) approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance or abuse. The defendant shall abstain from the use of alcohol and/or all other intoxicants during the completion of treatment. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $20 per month.

On September 25, 2024, Mr. Rowland was unsuccessfully discharged from substance abuse treatment services through Gaudenzia Pottsville for failure to attend pre-scheduled appointments and providing an invalid urine screen on August 29, 2024, in which the "test result was not consistent with routinely analyzed human urine" according to a Aegis Science Labs laboratory report.

### GRADE OF VIOLATION                                                                      <u>C</u>

RE: Rowland, William David
Case No.: 2:23CR00054-001

| PRAYING THAT THE COURT WILL ORDER... | THE ISSUANCE OF A WARRANT DIRECTING THAT THE NAMED SUPERVISED RELEASEE BE ARRESTED AND BROUGHT BEFORE THE COURT FOR A REVOCATION HEARING, AND THIS PETITION BE MADE AN ADDENDUM TO THE VIOLATION PETITION DATED JUNE 7, 2024, AND SIGNED BY THE COURT ON JUNE 7, 2024, AND THE AMENDED VIOLATION PETITION DATED SEPTEMBER 5, 2024, AND SIGNED BY THE COURT ON SEPTEMBER 16, 2024. |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

*James E. Dirzulaitis*
James E. Dirzulaitis
Supervising U.S. Probation Officer
Reading, PA
Date: October 2, 2024

CLB

cc: Assistant U.S. Attorney
    Defense Attorney
    Defendant

ORDER OF THE COURT
Considered and ordered this 4th day of October, 20 24 and ordered filed and made part of the records in the above case.

s/ Michael M. Baylson
U.S. District Court Judge

# INFORMATION SHEET FOR REVOCATION OF SUPERVISION

**United States of America**    )    Case No. 2:23CR00054-001

        vs.    )

William David Rowland    )

Defendant's last known Address and
Telephone Number:

    634 North Centre Street
    Pottsville, PA 17901
    484-513-1167

Defendant is in custody at:    N/A

Defendant's last known Counsel
Address and Telephone Number:

    James Joseph McHugh, Jr.
    601 Walnut Street
    Suite 540 West
    Philadelphia, PA 19106
    215-928-0520

Assistant U.S. Attorney
Address and Telephone Number:

    Michelle Rotella
    615 Chestnut Street
    Suite 1250
    Philadelphia, PA 19106
    215-861-8471

*James C. Dirzulaitis*
for Christopher L. Boyer
Senior U.S. Probation Officer
Telephone No. 267-449-5985